

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8088

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 Importation of a Controlled |
| Enrique ALEJOS-Rico (1) | Substance (Felony) |
| Alejandro RODRIGUEZ-Urena (2) | 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute (Felony) |
| Defendants. | 18 U.S.C. § 2 - Aiding & Abetting |

The undersigned complainant being duly sworn states:

COUNT I

That on or about January 9, 2008, within the Southern District of California, defendants Enrique ALEJOS-Rico and Alejandro RODRIGUEZ-Urena did knowingly and intentionally import approximately 69.58 kilograms (153.07 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

//
//
//
//

## COUNT II

That on or about January 9, 2008, within the Southern District of California, defendants Enrique ALEJOS-Rico and Alejandro RODRIGUEZ-Urena did knowingly and intentionally possess, with intent to distribute approximately 69.58 kilograms (153.07 pounds) of marijuana, Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

LONNIE BRASBY
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30TH DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Enrique ALEJOS-Rico (1)

Alejandro RODRIGUEZ-Urena (2)

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement (ICE) Special Agent Lonnie Brasby.

On January 9, 2008, at approximately 1850 hours, Enrique ALEJOS-Rico entered the United States at the Calexico, CA, West Port of Entry. Enrique ALEJOS-Rico was the driver and sole occupant of a 1993 Mercury Villager van. ALEJOS-Rico was identified by his valid Border Crossing Card.

At primary inspection, ALEJOS-Rico gave a negative Customs declaration to Customs and Border Protection (CBP) Officer F. Iniguez. ALEJOS-Rico advised CBP Officer F. Iniguez he had purchased the vehicle recently as a Christmas gift for himself. ALEJOS-Rico and the vehicle were referred to the secondary lot for further examination.

In the vehicle secondary lot, ALEJOS-Rico gave CBP Officer J. Joles a negative Customs declaration and advised he was headed to Wal-Mart. Canine Enforcement Officer S. Parish then utilized his Narcotic Detector Dog, who alerted to the rear of the van. A subsequent inspection of the rear quarter panels and tailgate of the vehicle revealed several packages concealed inside. One of the packages inside the tailgate was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. ALEJOS-Rico and the vehicle were then released to ICE agents conducting a controlled delivery of the vehicle.

ICE agents followed the vehicle to a parking space across the street from the Calexico Market on 2nd Street in Calexico. Agents observed ALEJOS-Rico putting change in the meter and then walking into the Calexico Market. ALEJOS-Rico then

exited the Calexico Market and walked to Casa Bonita to use the telephone. Agents observed a second subject wearing a heavy black jacket, later identified as Alejandro RODRIGUEZ-Urena, approach ALEJOS-Rico and they began to talk. After speaking with ALEJOS-Rico, RODRIGUEZ-Urena was seen entering and looking around inside of the 1993 Mercury Villager. After a short period of time, the vehicle began to leave the area. During this time, ALEJOS-Rico was seen walking off westbound on 2nd Street towards the Calexico West Port of Entry.

ICE agents followed the vehicle to a residence located at 69-½ 7th Street in Heber, California, where the vehicle parked in the driveway. Awhile later, two subjects exited the residence and drove off in a white Chrysler PT Cruiser. Agents followed the vehicle to Imperial Avenue in Calexico where Calexico Police Officers conducted a traffic stop on the vehicle. Calexico Police Officers identified the driver of the PT Cruiser as Alejandro RODRIGUEZ-Urena by what appeared to be a valid Mexican Driver's License, and was accompanied by a minor passenger. During the traffic stop, ICE agents were unable to positively identify RODRIGUEZ-Urena as the driver of the Mercury Villager. RODRIGUEZ-Urena was not wearing his heavy black jacket.

After the traffic stop was conducted, ICE agents observed the Mercury Villager van leaving the driveway. Prior to agents approaching the vehicle in the alley, the driver, later identified as Anna Chavez, exited the vehicle and ran towards the house. Agents contacted CHAVEZ and received consent to search the residence for the initial driver of the Mercury Villager. During the search, agents found the black jacket the driver was wearing.

CHAVEZ was advised of her rights per Miranda. CHAVEZ stated she understood her rights and was willing to answer questions without the presence of an attorney. CHAVEZ advised agents RODRIGUEZ-Urena was her boyfriend and driver of the Mercury Villager. CHAVEZ then advised agents RODRIGUEZ-Urena had called CHAVEZ to tell her about the traffic stop and insisted she move the Mercury Villager out

of the driveway right away. CHAVEZ stated RODRIGUEZ-Urena had told her this because he was on his way back from getting Jack in the Box Restaurant in Calexico and was going to park the PT Cruiser in the driveway. While speaking with CHAVEZ, RODRIGUEZ-Urena called her cellular telephone several times. Agents spoke with RODRIGUEZ-Urena and he stated he was in Mexicali, Mexico, but would turn himself in later that night.

ICE agents then returned the 1993 Mercury Villager to the vehicle secondary lot at the Calexico West Port of Entry for processing. A subsequent inspection of the vehicle by CBP Officers revealed thirty-one (31) packages located inside of compartments located within the driver and passenger side quarter panels and rear tailgate, twenty-one (21) packages located within the gas tank, and six (6) packages located within the spare tire of the vehicle. The 58 packages had a combined net weight of approximately 69.58 kilograms (153.07 pounds) of marijuana.

At the time of this complaint, Enrique ALEJOS-Rico and Alejandro RODRIGUEZ-Urena, remain at large.