UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

UNITED STATES OF AMERICA,

08 FEB 11 PM 1:00

V.

**Enrique ALEJOS-Rico (1)**

WARRANT FOR ARREST

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

CASE NUMBER:

**'08 MJ 8088**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   **Enrique ALEJOS-Rico (1)**
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him with (brief description of offense)

Importation of Controlled Substance; Possession with Intent to Distribute (69.58 kilograms marijuana) and Aiding & Abetting

in violation of Title _21_ United States Code, Sections _952 & 960; 841(a)(1)_ and
in violation of Title _18_ United States Code, Section _2_

Peter C. Lewis
Name of Issuing Officer

PETER C. LEWIS
Signature of Issuing Officer

Magistrate Judge Southern District of California
Title of issuing Officer

January 30, 2008 @ El Centro, CA
Date and Location

Bail Fixed at $ _No Bail_

by The Honorable Peter C. Lewis
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

CALEXICO, CA WEST POE

| DATE RECEIVED 2/7/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/7/08 | LONNIE BRASBY / SPECIAL AGENT | [signature] |