1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Enrique Alejos-Rico

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ8088-01 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ENRIQUE ALEJOS-RICO, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:   February 11, 2008        /s/ Erica K. Zunkel
**ERICA K. ZUNKEL**
Federal Defenders of San Diego, Inc.
Attorneys for Enrique Alejos-Rico